```
 1  ROBERT C. BONNER
    United States Attorney
 2  FREDERICK M. BROSIO, JR.
    Assistant United States Attorney
 3  Chief, Civil Division
    HUGH W. BLANCHARD
 4  Assistant United States Attorney
    United States Court House
 5  312 North Spring Street
    Los Angeles, California  90012
 6  Telephone: (213) 894-2470

 7  Attorneys for Plaintiff
```

FILED
DEC 2 1988
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 88A 71941 |
| Plaintiff | |
| vs. | JUDGMENT |
| DAVID P. CUTTS | |
| Defendant(s) | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from said defendant(s) in the sum of $ 29,205.60 as principal, $ 1,504.58 as prejudgment accrued interest and $ 20.00 as costs for a total amount of $ 30,730.18 .

Judgment to accrue interest at 8150 % per annum until paid.

DATED: This _____ day of _____, 19__.

LEONARD BROSNAN, Clerk
U.S. District Court
Central District of California

By: _____
    Deputy Clerk

Box 14
1988 [illegible]

CERTIFICATE OF MAILING

I, RACHEL SERNA, declares:

1  That I am a citizen of the United States and resident or
2  employed in the Los Angeles County, California; that my business
3  address is Office of United States Attorney, United States Court-
4  house, 312 North Spring Street, Los Angeles, California 90012;
5  that I am over the age of 18 years, and am not a party to the
6  above-entitled action;
7      That I am employed by the United States Attorney for the
8  Central District of California who is a member of the Bar of the
9  United States District Court for the Central District of
10 California, at whose direction the service by mail described in
11 this Certificate was made; that I deposited in the United States
12 mails in the United States Courthouse at 312 North Spring Street,
13 Los Angeles, California, in the above-entitled action, in an
14 envelope bearing the requisite postage, a copy of JUDGMENT and
15 BILL OF COSTS addressed to:   DAVID P. CUTTS
                                 29379 RANCHO CALIF RD #105
16                               TEMCULA, CA, 92362
17 at his/her last known address, at which place there is a delivery
18 service by United States Mail.
19     This Certificate is executed on  11/20/88  , at Los
20 Angeles, California.
21 I certify under penalty of perjury that the foregoing is true
22 and correct.
23
24                        /s/ Rachel Serna
                          RACHEL SERNA
25
26
27
28